

A national public interest law firm defending life, family and religious liberty.

January 3, 2023

**By ECF**

Tenth Circuit Clerk of Court
Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257-1823

    Re: **Plaintiffs-Appellants' Follow-Up Letter of Supplemental Authority, Jane Doe 1 v. Bd. of Regents, Nos. 21-1414 and 22-1027**

Dear Clerk of Court:

Plaintiffs-Appellants file this follow-up letter after learning that, notwithstanding Defendants-Appellees' recent alleged "correct[ion]" to "one of the University's websites" about their "COVID-19 protocols" (*i.e.*, their primary online hub for "Medical & Religious Exemptions" to their COVID-19 vaccine mandate) (Doc. 010110791102), Defendants *continue* to display the "September 1 Policy" in online job postings for positions on the Anschutz Campus.

Specifically, prospective applicants for all Anschutz positions[1] are informed of a COVID-19 vaccine requirement, and in a job-description section titled "Vaccine Statement" (or otherwise under a "Position #" near the top of the

---

[1] https://cu.taleo.net/careersection/2/moresearch.ftl?lang=en (listing current University job openings, including positions at Aurora/Anschutz site)

description), are provided a link to more "[i]nformation regarding this requirement, and exemptions."[2] This link *leads directly to the September 1 Policy*.[3] Indeed, all current job postings that provide a link to the "Anschutz" COVID-19 vaccine policy (*i.e.*, through January 3, 2023), and that Plaintiffs-Appellants' counsel have reviewed, lead to the September 1 Policy.[4]

It thus remains unclear how many prospective and current employees have forgone applying for Anschutz positions altogether, or for religious exemptions, on account of knowingly not belonging to a religious denomination "opposed to all immunizations."

---

[2] https://cu.taleo.net/careersection/2/moresearch.ftl?lang=en (*see, generally,* Location: "Aurora," *see, e.g.,* description for "Instructor/Fellow," as posted January 3, 2023; and description for "Intermediate Clinical Sciences Professional – Genetics & Metabolism Research (Hybrid)," with link under "**Position #00802855 – Requisition #28587**," as posted December 23, 2022).

[3] https://www.ucdenver.edu/docs/librariesprovider284/default-document-library/3000-general-admission/3012---covid-19-vaccination-requirement-and-compliance.pdf?sfvrsn=4e9df3ba_2; https://web.archive.org/web/20221230190955/https://www.ucdenver.edu/docs/librariesprovider284/default-document-library/3000-general-admission/3012---covid-19-vaccination-requirement-and-compliance.pdf?sfvrsn=4e9df3ba_2.

[4] *See, e.g.,* Lead Certified Medical Assistant – Women's Integrative Services in Health, https://cu.taleo.net/careersection/2/jobdetail.ftl; Curriculum Manager (Hybrid), https://cu.taleo.net/careersection/2/jobdetail.ftl; Clinical Sciences Professional – Pediatric Emergency, https://cu.taleo.net/careersection/2/jobdetail.ftl.

Further, Defendants continue to list the September 1 Policy as the operative Policy Number 3012 on their "Policies and Guidelines" webpage.[5]

The September 1 Policy is "[l]ike [a] ghoul in a late-night horror movie that repeatedly sits up in its grave and shuffles abroad, after being [allegedly] repeatedly killed and buried." *Lamb's Chapel v. Center Moriches Union Free School Dist.*, 508 U.S. 384, 398 (1993) (Scalia, J., concurring). Plaintiffs-Appellants' challenge to the September 1 Policy thus remains very much alive. (Opening Br. at 33, 48.)

Respectfully submitted,

/s/ Michael G. McHale
Michael G. McHale
THOMAS MORE SOCIETY
10506 Burt Circle, Ste. 110
Omaha, NE 68114
402-501-8586
mmchale@thomasmoresociety.org

/s/ Peter Breen
Peter Breen
THOMAS MORE SOCIETY
309 W. Washington, Ste. 1250
Chicago, IL 60606
312-782-1680
pbreen@thomasmoresociety.org

---

[5] https://www.ucdenver.edu/policies; https://web.archive.org/web/20221221150557/https://www.ucdenver.edu/docs/librariesprovider284/default-document-library/3000-general-admission/3012---covid-19-vaccination-requirement-and-compliance.pdf?sfvrsn=b1e0ccba_4.

cc: All counsel of record (via ECF)

The body of this letter is 344 words in compliance with Fed. R. App. Proc. 28(j).